Winfred F. NICHOLSON,
Plaintiff—Appellant,

v.

UNITED STATES of America, et
al., Defendant—Appellee.

No. 04–1738, 05–1362.

United States Court of Appeals,
Fourth Circuit.

Submitted June 10, 2005.

Decided July 29, 2005.

Winfred F. Nicholson, Appellant Pro Se.
David I. Pincus, Samuel Ashby Lambert,
United States Department of Justice,
Washington, D.C., for Appellee.

Before NIEMEYER, TRAXLER, and
DUNCAN, Circuit Judges.

No. 04–1738 dismissed; No. 05–1362
affirmed by unpublished PER CURIAM
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

In appeal No. 04–1738, Winfred F. Ni-
cholson seeks to appeal from the district
court's order dismissing his complaint
challenging the government's filing of tax
liens. Because the notice of appeal was
received in the district court after the ex-
piration of the appeal period, but within
the thirty-day period within which the dis-
trict court may grant an extension of the
appeal period, we remanded the case to
the district court for a determination of
whether there was excusable neglect or
good cause that would warrant an exten-
sion of the appeal period under Fed.
R.App. P. 4(a)(5).

On remand, the district court found no
good cause and no excusable neglect. The
district court therefore did not grant an
extension of time to note the appeal. Ac-
cordingly, we dismiss this appeal for lack
of jurisdiction because the notice of appeal
was not timely filed. When the United
States or its officer or agency is a party,
the notice of appeal must be filed no more
than sixty days after the entry of the
district court's final judgment or order,
Fed. R.App. P. 4(a)(1)(B), unless the dis-
trict court extends the appeal period under
Fed. R.App. P. 4(a)(5) or reopens the ap-
peal period under Fed. R.App. P. 4(a)(6).
This appeal period is "mandatory and ju-
risdictional." *Browder v. Dir., Dep't of
Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54
L.Ed.2d 521 (1978) (quoting *United States
v. Robinson*, 361 U.S. 220, 229, 80 S.Ct.
282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered
on the docket on March 31, 2004. The
notice of appeal was filed on June 3, 2004.
Because Nicholson failed to file a timely
notice of appeal or to obtain an extension
or reopening of the appeal period, we
grant the government's motion to dismiss
appeal No. 04–1738 as untimely.

In appeal No. 05–1362, Nicholson ap-
peals from the district court's order deny-
ing his motion for reconsideration of the
determination that he failed to show excus-
able neglect or good cause and thereby
denying his motion for an extension of
time to note his appeal. We have re-
viewed the record and find no abuse of
discretion and no reversible error. Ac-
cordingly, we affirm for the reasons stated

by the district court. *See Nicholson v. United States,* No. CA–02–3214–1 (D.Md. Feb. 1, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*

*AFFIRMED*